PER CURIAM.
Petitioner is granted a belated appeal of the April 8, 2014, judgment and sentence in Baker County Circuit Court case numbers 02-2013-CF-0018-A, 02-2013-CF-0019-A, 02-2013-CF-0020-A, 02-2013-CF-0021-A, 02-2013-CF-0022-A, 02-2013-CF-0023-A, 02-2013-CF-0024-A and 02-2013-CF-0025-A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. *301 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.
LEWIS, C.J., BENTON and THOMAS, JJ., concur.